**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1324**

STEVEN MORALES; LUCIANO MORALES,

                   Plaintiffs - Appellants,

         v.

OFFICER DOMINIQUE RICHARDSON, Badge No. 3066; PRINCE
GEORGE'S COUNTY, MARYLAND, a body corporate and politic,

                   Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   J. Frederick Motz, Senior District
Judge. (8:11-cv-03215-JFM)

Submitted:  August 2, 2012          Decided:  August 29, 2012

Before SHEDD, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terrell N. Roberts, III, ROBERTS & WOOD, Riverdale, Maryland,
for Appellants.  Tonia Y. Belton-Gofreed, PRINCE GEORGE'S COUNTY
OFFICE OF LAW, Upper Marlboro, Maryland; Daniel Karp, Russell
Gray, KARPINSKI, COLARESI & KARP, P.A., Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Morales appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) claims and its subsequent order denying his motion to amend the judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Morales v. Richardson, No. 8:11-cv-03215-JFM (D. Md. Jan. 30, 2012; Mar. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED